UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| JOSE ALFREDO GOMEZ PREZA,<br><br>　　　Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE; and DOES 1 through 20, Inclusive<br><br>　　　Defendant. | Case No: 2:24−cv−07356 AB (AJRx)<br>Assigned to District Judge Andre Birotte Jr/ Magistrate Judge A. Joel Richlin<br>(Complaint filed on 8-May-24)<br><br>**[PROPOSED] ORDER RE: JOINT STIPULATION BY THE PARTIES REGARDING DAMAGES AND TO REMAND THE MATTER** |

The Parties filed a Stipulation regarding Damages and to Remand the Matter. The Court **APPROVES** the Stipulation, and **ORDERS** as follows:

1. The Joint Stipulation re: Damages and Remand shall be deemed a judicial admission by Plaintiff that the amount in controversy in this Action is no greater than $74,999. As such, Plaintiff's recoverable damages in the Action are limited to $74,999.

2. As the amount in controversy is below $75,000 and is thus insufficient to maintain original subject matter jurisdiction under 28 U.S.C., § 1332(a). Therefore, this action is hereby **REMANDED** to the Los Angeles County Superior Court.

**IT IS SO ORDERED.**

Dated: October 15, 2024

_____
Hon. André Birotte Jr.
United States District Court Judge

-1-

30900162　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　NOTICE